BRYAN SCHRODER
United States Attorney

ALLISON O'LEARY
Assistant United States Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Allison.Oleary@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DORIAN DUANE TOPPS, ISAIAH ) <br> JAMES CROSS, AND KEVIN ) <br> GLOVER, ) <br> ) <br> Defendants. ) | No. 3:20-cr-00012-TMB-DMS |

**MOTION TO UNSEAL CASE**

COMES NOW United States of America, by and through undersigned counsel and hereby moves to unseal the above referenced case.

//

//

The need for sealing no longer exists. Therefore, the United States requests that this case ben unsealed.

      RESPECTFULLY SUBMITTED, February 25, 2020, at Anchorage, Alaska.

                                  BRYAN SCHRODER
                                  United States Attorney

                                  s/ Allison O'leary
                                  ALLISON O'LEARY
                                  Assistant United States Attorney

US v. TOPPS
3:20-cr-00012-TMB-DMS          2

Case 3:20-cr-00012-TMB-DMS   Document 9   Filed 02/25/20   Page 2 of 2