| USDCA 435 (Rev. 07/14) | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | FOR COURT USE ONLY DUE DATE: | |
|---|---|---|---|---|
| Read Instructions Page | | | | |
| 1. NAME: Gary Colbath | 2. PHONE NUMBER: 907-646-3400 | | 3. DATE: 09/02/2020 | |
| 4. MAILING ADDRESS: 425 G Street, Suite 800 | 5. CITY: Anchorage | | 6. STATE: AK | 7. ZIP CODE: 99501 |
| 8. CASE NUMBER: 3:20-cr-00012-TMB-DMS | 9. JUDICIAL OFFICIAL: Deborah M. Smith | | DATES OF PROCEEDINGS | |
| | | | 10. FROM 08/28/2020 | 11. TO 08/28/2020 |
| 12. CASE NAME: U.S. v. Topps et al | | | LOCATION OF PROCEEDINGS | |
| | | | 13. CITY Anchorage | 14. STATE AK |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Specify) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Evidentiary Hearing | August 28, 2020 |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | $3.65 per page [ ] | [x] | NO. OF COPIES | | |
| EXPEDITED | $4.85 per page [ ] | [ ] | NO. OF COPIES | | |
| 14 DAY | $4.25 per page [ ] | [ ] | NO. OF COPIES | | |
| DAILY | $6.05 per page [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

18. SIGNATURE /s/Gary Colbath
19. DATE 09/02/2020

PROCESSED BY
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)
DISTRIBUTION: COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY