# UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

               Plaintiff,

   vs.

ISAIAH JAMES CROSS and
KEVIN GLOVER,

               Defendants.

Case No.  3:20-cr-00012-TMB-DMS

## ORDER

Having duly considered the defendant's unopposed motion to modify the discovery protective order, pursuant to Federal Rule of Criminal Procedure 16(d)(1), the Court finds "good cause" to order the following restrictions on discovery:

1.     Except as provided herein, Defense counsel shall not distribute, show, or make available to individuals other than the defendants, their defense attorney(s), defense investigators, or experts or consultants specifically retained by defendant's counsel (hereinafter "Defense Team") any of the following materials: Government Bates numbers 1, 17-19, 25-27, 30-41, 46, 133-146, 173 and 2353 already in discovery by the United States, or any future discovery provided by the United States that is identified as protected and intended to be covered by the previously issued protective order in this case.

2.     The Defense Team shall not leave with the defendant any copies of these items identified above by Bates number by the government or previously identified as protected discovery.

3.    The United States will provide the Defense Team with a copy of the items listed in paragraph 1 on a thumb-drive digital storage device labeled as protected.  The Defense Team may then provide a restricted thumb-drive to the Alaska Department of Corrections (DOC) for the defendant to check-out to review on a DOC computer during scheduled discovery-review sessions at the defendants' DOC facility. The thumb drive will be marked as containing Protected Material and be retained by DOC excepted when being viewed by the defendant.

4.    The defendant must return the thumb-drive to DOC's custody following any scheduled discovery-review sessions, and the thumb-drive does not become the defendant's property, either legal or personal, at any time including upon defendant's release from custody.

5.    Defense Counsel shall advise all members of the Defense Team and the Alaska Department of Corrections of the terms of this protective order.  Failure to comply with this Order by any member of the Defense Team shall be treated as a violation of court order and punishable as contempt.

This order supersedes the former protective order issued at Document No. 35 in the electronic record.

DATED October 20, 2020, in Anchorage, Alaska.

_____
Deborah M. Smith
Chief United States Magistrate Judge

United States v. Cross and Glover
Case No.  3:20-cr-00012-TMB-DMS                                    Page 2 of 2
Case 3:20-cr-00012-TMB-DMS   Document 154   Filed 10/20/20   Page 2 of 2